IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
OCT 26 2026
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N.C.
By

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:26CR242-1 |
| | : | |
| PHILLIP ALEXANDER CARTER | : | |

The Grand Jury charges:

COUNT ONE

On or about September 6, 2024, in the County of Forsyth, in the Middle District of North Carolina, PHILLIP ALEXANDER CARTER, an alien in the United States, did knowingly make a false statement and claim that she was a citizen of the United States in order to vote in a Federal, State, and local election, in violation of Title 18, United States Code, Section 1015(f).

COUNT TWO

On or about September 6, 2024, in the County of Forsyth, in the Middle District of North Carolina, PHILLIP ALEXANDER CARTER, an alien in the United States, knowing she was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for the office

of President, Vice President, or Member of the House of Representatives, in violation of Title 18, United States Code, Section 611(a).

DATED: October 26, 2026

DAN BISHOP
United States Attorney

BY: MATTHEW H. ELLIS
First Assistant
United States Attorney

A TRUE BILL:

FOREPERSON